# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-60579
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

January 29, 2016

Lyle W. Cayce
Clerk

JESSE M. SKINNER; MANUEL E. SKINNER, JR.,

                                        Plaintiffs-Appellants

v.

JOHN BORDAGES, JR., Individually; CRAIG SHOWS, Individually; JOHN HAWKINS, Individually; MARY FORETICH, Individually; TERRY DAVIS, individually; KEITH DAVIS, Individually; CARLO ROBOTTI, Individually; BRIAN MACCARTHY, Individually; TOM DEICHMANN, Individually; BURNELL DEDEAUX, Individually; LUIS HAWKINS, Individually; CHARLES BRANDON MOORE, Individually; KARL WINTER, Individually; GPCH-GP, INCORPORATED, A Delaware Corporation, doing business as Garden Park Medical Center; JOHN/JANE DOE NO. 1, Dr.; Emergency Room Doctor, as employee and agent of GPCH-GP, Inc., d/b/a, a/k/a Garden Park Medical Center; and in his/her Individual Capacity; JANE/JOHN DOE, Nurse; Emergency Room Nurse, as an employee and agent of GPCH-GP, Inc., d/b/a, a/k/a Garden Park Medical Center; and in his/her Individual Capacity; JOHN/JANE DOE NO. 2, Dr.; X-Ray Physician, as an employee and agent of GPCH-GP, Inc., d/b/a, a/k/a Garden Park Medical Center, and in his/her Individual Capacity; JOHN/JANE DOE NO. 3, Dr./Mr./Mrs./Ms.: Hospital Administrator, as an employee and agent of GPCH-GP, Inc., d/b/a, a/k/a Garden Park Medical Center, and in his/her Individual Capacity; JOHN B. METCALF, Individually; ROBERT HILLIER, Dr.; M.D.; Individually; ROY HUGH FLEMING, M.D.; TOM WHEELER, Individually,

                                        Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:13-CV-314

Before WIENER, HIGGINSON, and COSTA, Circuit Judges.

No. 15-60579

PER CURIAM:*

Proceeding pro se, Plaintiffs-Appellants Jesse M. Skinner and Manuel E. Skinner, Jr. appeal the several rulings of the district court, culminating with its Final Judgment of August 6, 2015, which dismissed the action of Plaintiffs-Appellants. Our review of the record on appeal in this case, including the briefs of the parties and, *inter alia*, the district court's Memorandum Opinion and Order of September 9, 2014, satisfies us that the Judgment of that court should be affirmed in all respects.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2